CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR10-5630-RSM |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| WYATT ANTHONY BIRD, | |
| Defendant. | |

This matter has come before the Court on Wyatt Bird's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Wyatt Bird's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this __8__ day of __October__ 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Wyatt Bird

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Wyatt Bird*, CR10-5630-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100